**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KAMOLPHAN BIRKAN, | Case No. 2:17-cv-00041-APG-NJK |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| SETERUS, INC., *et al.*, | |
| Defendants. | |

On March 8, 2017, the plaintiff notified the court that he had settled his claim with defendant Equifax Information Services, LLC and requested 60 days to finalize the settlement. ECF No. 12.  More than 60 days have passed but a stipulation of dismissal has not yet been filed.

IT IS THEREFORE ORDERED that the parties shall file either a stipulation of dismissal or a status report on or before June 30, 2017.

DATED this 1st day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE